

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>NATHAN OBIORA NWOBI,<br><br>                    Defendants. | Case No. CR04-01151 (GPS)<br><br>[~~PROPOSED~~] ORDER TERMINATING SUPERVISED RELEASE<br><br>Assigned to the Honorable George P. Schiavelli |

    Based on the Court's findings, on consideration of Section 3583(e), on the government's notice of non-opposition to the motion, and on consideration of the applicable Section 3553(a) factors, the Court finds that early termination of Defendant's term of supervised release is warranted.

    It is hereby **ORDERED** that Defendant's Motion for Early Termination of Supervised Release is **GRANTED**; it is further **ORDERED** that Defendant's term of supervised release shall be terminated effective immediately.

Dated: 9/12/08

_George P. Schiavelli_
George P. Schiavelli
United States District Judge